UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITNESS ANYWHERE LLC,

    Plaintiff,

v.

WOSS ENTERPRISES LLC,

    Defendant.

Case No. 14-cv-01725-BLF

**CASE MANAGEMENT ORDER**

On October 2, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 05/14/2015 at 1:30 pm |
| Claims Construction Hearing | 07/17/2015 at 9:00 am |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are to meet, confer and submit a stipulated proposed schedule regarding discovery dates and deadlines to Claims Construction by October 24, 2014.

Dated: October 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge

2