UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WOSS ENTERPRISES LLC,<br><br>    Defendant. | Case No.  14-cv-01725-BLF<br><br>**ORDER STRIKING MOTION FOR NON-COMPLIANCE WITH LOCAL RULES**<br><br>[Re: ECF 77] |

Civil Local Rule 3-4(c)(2) requires all papers filed with this Court to be "double-spaced with no more than 28 lines per page, except for the identification of counsel, title of the case, footnotes and quotations."  Although the Court appreciates Defendant's attempt to comply with the page limit set forth in Civil Local Rule 72-2, it may not do so by circumventing other rules. Defendant's Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge, ECF 77, is hereby STRICKEN with leave to refile a 5-page motion that is double-spaced with 12-point font.

As Civil Local Rule 72-2 states: "Unless otherwise ordered by the assigned District Judge, no response need be filed and no hearing will be held concerning the motion."

**IT IS SO ORDERED.**

Dated: June 25, 2015

                                                      BETH LABSON FREEMAN
                                                     United States District Judge