UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FITNESS ANYWHERE LLC, | Case No. 14-cv-01725-BLF |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| WOSS ENTERPRISES LLC, | |
| Defendant. | |

On 07/02/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Claims Construction hearing set for 07/17/2015 is continued to 10/20/2015 at 10:00 am.

IT IS FURTHER ORDERED THAT additional briefing on new infringement condition is due within 30 days and shall be no more than 5 pages of briefing from each side, and 3 pages for replies.

Dated:  07/02/2015

_____
BETH LABSON FREEMAN
United States District Judge