# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WOSS ENTERPRISES LLC,<br><br>    Defendant. | Case No. 14-cv-01725-BLF<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Chief Magistrate Judge Joseph C. Spero for a settlement conference to be completed in May 2016.

The parties shall contact Chief Magistrate Judge Sepro's Courtroom Deputy to schedule a conference at his convenience.

**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge