VEDDER PRICE (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 (415) 749 9500
F: +1 (415) 749 9502

Vedder Price P.C.
Alain Villeneuve, Bar No. (admitted *pro hac vice*)
avilleneuve@vedderprice.com
Michael J. Waters, Bar No. (admitted *pro hac vice*)
mwaters@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 (312) 609 7500
F: +1 (312) 609 5005

Attorneys for Plaintiff
FITNESS ANYWHERE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>WOSS ENTERPRISES, LLC,<br><br>                Defendant. | Case No. 5:14-cv-01725 BLF<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Heather Sager, declare and state as follows:

1. I am an attorney with the law firm of Vedder Price (CA), LLP, counsel of record for the above-captioned Plaintiff. I am licensed to practice in the State of California. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Administrative Motion to File Under Seal.

3. A Protective Order was entered in this case on August 19, 2015. (ECF No. 87.)

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEC ISO PL'S ADMIN MTN. TO FILE UNDER SEAL
[CASE NO. 5:14-CV-01725 BLF]

SAN_FRANCISCO/#25672.1

4. Pursuant to the Protective Order, Defendant WOSS Enterprises, LLC. ("WOSS") designated Exhibit 14 to the Deposition of Steve Storum, taken on September 23, 2015, as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

5. The portion of Plaintiff's Motion for Preliminary Injunction which TRX seeks to file under seal contains sales information taken from Exhibit 14 to the Deposition of Steve Storum.

6. In order to protect the highly confidential nature of these documents and information and to honor the Protective Order between the Parties, I respectfully submit that good cause exists for the Court to grant Plaintiff's Administrative Motion to File Under Seal a portion of Plaintiff's Motion for Preliminary Injunction and Exhibit 14 to the Deposition of Steve Storum, and respectfully request the Court to enter an order to that effect.

7. Counsel for Defendant has been consulted regarding this request and has no objection. A true and correct copy of Defense Counsel's e-mail correspondence confirming same is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 25, 2016                                        VEDDER PRICE (CA), LLP


By:/s/ Heather M. Sager
     Heather M. Sager

Attorneys for Plaintiff
FITNESS ANYWHERE, LLC

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DEC ISO PL'S ADMIN MTN. TO FILE
UNDER SEAL
[CASE NO. 5:14-CV-01725 BLF]

SAN_FRANCISCO/#25672.1

# EXHIBIT 1

**Porras, Jessica E.**

**From:** Villeneuve, Alain
**Sent:** Monday, January 25, 2016 11:09 AM
**To:** Burke, John K.
**Subject:** FW: Protected Documents

# VEDDER PRICE®

**Alain Villeneuve**
Shareholder/Solicitor
T:   +1 (312) 609 7745   |   F:   +1 (312) 609 5005
M:   +1 (312) 404 1569
avilleneuve@vedderprice.com
Assistant:  Veronica Haskett, +1 (312) 609 7781

**Vedder Price P.C.**
222 North LaSalle Street
Chicago, Illinois  60601
Chicago  |  New York  |  Washington, DC  |  London
www.vedderprice.com

**From:** Michael Brucker [mailto:michael@hmblawoffice.com]
**Sent:** Monday, January 25, 2016 11:54 AM
**To:** Villeneuve, Alain
**Cc:** Waters, Michael J.; Steve Kipperman
**Subject:** Protected Documents


Alain

 Regarding the issue you have raised regarding sealing of WOSS' Protected Dcuments, the following is WOSS' position.

 1.     Under no circumstances does WOSS consent to having any of its Protected Material (documents labeled "ATTORNRY'S EYES ONLY") spread on the public record.

 2.     Whether or not TRX can file such documents under seal is a matter for the court to decide based on the procedures set forth in Civ LR 79-5.

 3.     While WOSS' consent to having such documents filed under seal seems to be irrelevant, if the choice is between having them spread on the public record or sealed WOSS will argue that they be sealed or that if not filed under seal WOSS would agree they may be presented to the court in camera

 4.     I request that you attach this document to any motion to seal you may submit. .

 Let me suggest a possible alternative.  If you will inform me of what documents you want to file and for what purpose, and draft a stipulation that would serve your purpose without revealing the Protected Material, I will give the stipulation serious consideration, provided you understand that I make no advance promise that any stipulation you chose to offer will be acceptable or that a stipulation in place of the documents is even possible.

1

Michael

H. Michael Brucker
H. Michael Brucker Law Corp.
Patent, Copyright Trademark
Acquisition, Litigation, Transactions
5855 Doyle Street, Suite 110
Emeryville, CA 94608
Tel.  510 654 6200
Fax 510 654 6166


CONFIDENTIALITY NOTICE: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please do not review or disclose the contents to any other person.  Please also notify the sender by reply e-mail and delete the message and any attachments.  Thank you.