UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WOSS ENTERPRISES LLC,<br><br>　　　　Defendant. | Case No. 14-cv-01725-BLF<br><br>**ORDER STRIKING OBJECTIONS TO EVIDENCE AND DECLARATIONS**<br><br>[Re: ECF 111] |

On February 9, 2016, Defendant Woss Enterprises LLC filed its opposition to Plaintiff Fitness Anywhere LLC's motion for a preliminary injunction. ECF 111. Attached to the opposition were three documents containing objections to the evidence, ECF 111-11, objections to the declaration of Randy Hetrick, ECF 111-12, and objections to the declaration of Paul Zadoff, ECF 111-13.

Defendant's filing does not comply with the Northern District of California's Civil Local Rules. Under Civil L.R. 7-3(a), "[a]ny evidentiary and procedural objections to [a] motion must be contained within the [opposition] brief or memorandum [and] such brief or memorandum may not exceed 25 pages of text." Accordingly, the Court STRIKES the objections to the evidence at ECF 111-11, objections to the declaration of Randy Hetrick at ECF 111-12, and objections to the declaration of Paul Zadoff at ECF 111-13. Defendant may file an amended opposition that complies with the Northern District of California's Civil Local Rules **on or before** February 16, 2016.

**IT IS SO ORDERED.**

Dated: February 9, 2016

_____
BETH LABSON FREEMAN
United States District Judge