# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOSS ENTERPRISES LLC,<br><br>　　　　Defendant. | Case No.  14-cv-01725-BLF<br><br>**ORDER REGARDING UNREDACTED VERSIONS OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXHIBIT G**<br><br>[Re:  ECF 115] |

On February 10, 2016, the Court denied Plaintiff's motion to seal because Defendant, which had marked the documents at issue confidential, did not submit a declaration in support of sealing.  ECF 113.  The Court gave Defendant until February 16, 2016 to submit a supporting declaration and if no further declaration was submitted, Plaintiff could file the unredacted documents in the public record by February 19, 2016.  *Id*. at 3.  Instead of waiting until February 16, 2016 to see if any additional declarations would be submitted, Plaintiff filed the unredacted versions of the documents in the public record on February 12, 2016.  Accordingly, the Court ORDERS the clerk to lock the filing at ECF 115.

**IT IS SO ORDERED.**

Dated: February 12, 2016

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge