# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>WOSS ENTERPRISES LLC,<br><br>   Defendant. | Case No. 14-cv-01725-BLF<br><br>**ORDER CLARIFYING DATES REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

On March 31, 2016, the Court granted the parties' stipulated request to change time regarding the motions summary judgment. ECF 128. Specifically that order held that (1) Defendant's reply to its motion for summary judgment is due on May 19, 2016; (2) Defendant's opposition to Plaintiff's motion for summary judgment is due on May 19, 2016 and Plaintiff's reply is due May 26, 2016. *Id*. The Court also set the hearings on these motions for June 9, 2016. *Id*.

Subsequently, on April 25, 2016, Plaintiff filed its motion for partial summary judgment. In doing so, Plaintiff, on the ECF docket entry, indicated that any opposition was due by May 9, 2016, any reply was due by May 16, 2016 and set a hearing on its motion for June 2, 2016. ECF 132.

On May 16, 2016, Plaintiff filed a notice, stating that Defendant did not file any opposition by May 9, 2016, the due date indicated by Plaintiff in the docket for its motion for summary judgment. ECF 134. Defendant filed a response, stating that the stipulated scheduled indicated that its opposition was due by May 19, 2016 and that it would file an opposition by May 17, 2016 in light of Plaintiff's notice.

Accordingly, the Court clarifies the dates surrounding the parties' pending motions for

summary judgment:

1. Defendant's reply to Defendant's motion for summary judgment is due May 19, 2016.
2. Defendant's opposition to Plaintiff's motion for summary judgment is due May 19, 2016.
3. Plaintiff's reply to Plaintiff's motion for summary judgment is due by May 26, 2016.

The Court SETS the hearing on all three pending motions (Plaintiff's motion for summary judgment, Defendant's motion for summary judgment, and Plaintiff's motion for a preliminary injunction) for June 2, 2016.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
BETH LABSON FREEMAN
United States District Judge