UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOSS ENTERPRISES LLC,<br><br>　　　　Defendant. | Case No.　14-cv-01725-BLF<br><br>**ORDER REQUIRING PARTIES TO BRING ACCUSED PRODUCT SST SUSPENSION TRAINER TO HEARING ON JUNE 2, 2016** |

The Court ORDERS the parties to bring the accused product "SST Suspension Trainer" to the June 2, 2016 hearing on the parties' motions for summary judgment.

**IT IS SO ORDERED.**

Dated: May 27, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge