VEDDER PRICE (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

VEDDER PRICE P.C.
Alain Villeneuve (admitted *pro hac vice*)
avilleneuve@vedderprice.com
Michael J. Waters (admitted *pro hac vice*)
mwaters@vedderprice.com
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
T: +1 312 609 7500
F: +1 312 609 5005

Attorneys for Plaintiff
FITNESS ANYWHERE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS ANYWHERE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WOSS ENTERPRISES, LLC,<br><br>    Defendant. | Case No. 5:14-cv-01725 BLF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF ITS FIFTH CAUSE OF ACTION FOR TORTIOUS INTERFERENCE WITH ECONOMIC RELATIONSHIPS<br><br>Crtrm:   3, 5th Floor<br>Judge:   Hon. Beth Labson Freeman |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: PL'S MTN. FOR
VOLUNTARY DISMISSAL OF CLAIM
[CASE NO. 5:14-CV-01725 BLF]

1    Upon consideration of Plaintiff Fitness Anywhere, LLC's Motion for Voluntary Dismissal
2    of its Fifth Cause of Action for tortious interference with economic relationships and the
3    arguments submitted in support of that Motion, the Court has determined that the Motion should
4    be, and hereby is, GRANTED and Plaintiff's Fifth Cause of Action is DISMISSED.

**IT IS SO ORDERED.**

Dated: March 15, 2017        By: /s/ Beth Labson Freeman
                             HONORABLE BETH LABSON FREEMAN
                             UNITED STATES DISTRICT COURT JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

[PROPOSED] ORDER RE: PL'S MTN. FOR
VOLUNTARY DISMISSAL OF CLAIM
[CASE NO. 5:14-CV-01725 BLF]