# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>Plaintiff,<br><br>v.<br><br>WOSS ENTERPRISES LLC,<br><br>Defendant. | Case No. 14-cv-01725-BLF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION ON THE FINDINGS OF INVALIDITY OF THE '814 PATENT; SETTING OCTOBER 24, 2018 DEADLINE FOR DEFENDANT TO RESPOND**<br><br>[Re: ECF 281] |

Fitness Anywhere LLC filed a motion for leave to file a motion for reconsideration on the findings of invalidity of its '814 patent (U.S. Patent No. 7,806,814) by this Court on August 23, 2016 (ECF 149). *See* ECF 281. Pursuant to Civ. L.R. 7-9, the Court finds that leave to file a motion for reconsideration is justified, and thus GRANTS the motion. At the October 5, 2018 hearing on this action, Fitness Anywhere represented that its motion for leave contains the arguments it would make in its motion for reconsideration. As such, the Court deems Fitness Anywhere's motion for leave to be its motion for reconsideration. Defendant Woss Enterprises LLC shall file any opposition to Fitness Anywhere's motion for reconsideration **on or before October 24, 2018**. Defendant is advised that it may not appear in this action or file any papers except through counsel of record.

**IT IS SO ORDERED.**

Dated: October 10, 2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge